**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | Case No. 20-cv-03556-BLF |
| | Case No. 20-cv-08984-BLF |
| | Case No. 20-cv-09092-BLF |
| | Case No. 20-cv-09321-BLF |
| | Case No. 21-cv-00022-BLF |
| SWEEPSTAKES TODAY, LLC,  Plaintiff, v. GOOGLE LLC, et al., Defendants. | Case No. 21-cv-00748-BLF |
| | Case No. 21-cv-00810-BLF |
| | **ORDER CONSOLIDATING CASES** |
| GENIUS MEDIA GROUP, INC., et al., Plaintiffs, v. ALPHABET INC., et al., Defendants. | |
| STERLING INTERNATIONAL CONSULTING GROUP, Plaintiff, v. GOOGLE LLC, Defendant. | |

|   |   |
|---|---|
| MARK J. ASTARITA,<br>           Plaintiff,<br>      v.<br>GOOGLE LLC, et al.,<br>      Defendants. |   |
| JLASALLE ENTERPRISES LLC,<br>           Plaintiff,<br>      v.<br>GOOGLE LLC,<br>      Defendant. |   |
| MIKULA WEB SOLUTIONS, INC.,<br>           Plaintiff,<br>      v.<br>GOOGLE LLC,<br>      Defendant. |   |

On March 2, 2021, the Court issued an order to show cause why the following publisher plaintiff cases should not be consolidated:

- *Sweepstakes Today, LLC v. Google, LLC, et al.*, 20-cv-08984
- *Genius Media Group, Inc., et al., v. Google, LLC, et al.*, 20-cv-09092
- *Sterling International Consulting Group v. Google LLC*, 20-cv-09321
- *Astarita v. Google LLC, et al.*, 21-cv-00022
- *JLaSalle Enterprises LLC v. Google LLC*, 21-cv-00748
- *Mikula Web Solutions, Inc. v. Google LLC*, 21-cv-00810

ECF 110. The parties jointly filed a non-opposition to consolidation on March 10, 2021. ECF 113.

"If actions before the court involve a common question of law or fact, the court may . . . consolidate the actions." Fed. R. Civ. P. 42(a). The "district court has broad discretion under this rule to consolidate cases pending in the same district." *Investors Research Co. v. U.S. Dist. Court*

2

*for Cent. Dist. of California*, 877 F.2d 777, 777 (9th Cir. 1989). "In determining whether or not to consolidate cases, the Court should weigh the interest of judicial convenience against the potential for delay, confusion and prejudice." *Bodri v. Gopro, Inc*., 2016 WL 1718217, at *1 (N.D. Cal. Apr. 28, 2016) (quoting *Zhu v. UCBH Holdings, Inc*., 682 F. Supp. 2d 1049, 1052 (N.D. Cal. 2010)).

In light of the parties' consensus and the common questions of law and fact in the relevant cases, the Court CONSOLIDATES the publisher cases for all purposes, including trial and dispositive motions. IT IS FURTHER ORDERED that:

(1) The Clerk of Court shall administratively consolidate Case Nos. 20-cv-08984, 20-cv-09092, 20-cv-09321, 21-cv-00022, 21-cv-00748, and 21-cv-00810.

(2) The master docket and master file for the consolidated actions shall be Case No. 20-cv-08984 and the consolidated action shall bear the caption *In re Google Digital Publisher Antitrust Litigation*. The remaining cases shall be administratively closed.

(3) All orders, pleadings, motions, and other documents shall, when filed and docketed in the master file, be deemed filed and docketed in each individual case to the extent applicable.

**IT IS SO ORDERED.**

Dated: March 10, 2021

_____
BETH LABSON FREEMAN
United States District Judge