Docusign Envelope ID: C4A9B59A-ED13-49A2-BB89-2A459EF255AC

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 21-MD-03010 (PKC) |

***This Document Relates To:***

| | |
|---|---|
| IN RE: GOOGLE DIGITAL PUBLISHER ANTITRUST LITIGATION | No. 21-CV-07034 (PKC) |

***and***

| | |
|---|---|
| IN RE: GOOGLE DIGITAL ADVERTISING ANTITRUST LITIGATION | No. 21-CV-07001 (PKC) |

## DECLARATION OF JUSTINA K. SESSIONS IN SUPPORT OF DEFENDANT GOOGLE LLC'S  MEMORANDA OF LAW RELATING TO CLASS CERTIFICATION AND MOTIONS TO EXCLUDE EXPERT TESTIMONY

I, Justina K. Sessions, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

  1.  I am a partner at the law firm Freshfields US LLP, which represents Defendants Google LLC, Alphabet Inc., and YouTube, LLC (together, "Google") in the above-captioned case.

  2.  I am an attorney admitted to practice in the State of California and in the U.S. District Court for the Northern District of California.  I have been admitted to practice before this

1

Court in the above-captioned case, having already appeared in actions consolidated in this MDL, including *In re Google Digital Publisher Antitrust Litigation,* Case No. 1:21-cv-07034-PKC.

3.      I respectfully submit this Declaration in support of Defendants Google LLC, Alphabet Inc., and YouTube LLC's Memorandum of Law in Support of Their Motion to Exclude the Expert Testimony of Prof. Einer Elhauge; Defendants Google LLC and Alphabet Inc.'s Memorandum of Law in Support of Their Motion to Exclude the Expert Testimony of Dr. J. Douglas Zona and Dr. Hal Singer; Google LLC's Opposition to Advertisers' Motion for Class Certification; and Defendants Google LLC, Alphabet Inc., and YouTube, LLC's Memorandum of Law in Support of Their Opposition to Plaintiffs' Motion for Class Certification.

4.      Attached to this declaration as **Exhibit 1** is a true and correct copy of the expert report of Dr. Laila Haider on behalf of Google in this case, dated December 13, 2024.

5.      Attached to this declaration as **Exhibit 2** is a true and correct copy of Sam Cox, "Simplifying programmatic: first price auctions for Google Ad Manager," Google Ad Manager, Mar.                6,                2019,                available                at https://blog.google/products/admanager/simplifying-programmatic-first-price-auctions-google-ad-manager/, captured on June 11, 2025.

6.      Attached to this declaration as **Exhibit 3** is a true and correct copy of excerpts of the deposition of Hal Singer, Ph.D., expert witness on behalf of Advertiser Plaintiffs in this case, taken pursuant to the Stipulation and Order Regarding Expert Discovery, ECF No. 428, on April 8, 2025 in this action.

7.      Attached to this declaration as **Exhibit 4** is a true and correct copy of the errata to the deposition of Hal Singer, Ph.D., expert witness on behalf of Advertiser Plaintiffs in this case,

taken pursuant to the Stipulation and Order Regarding Expert Discovery, ECF No. 428, on April 8, 2025 in this action.

8.  Attached to this declaration as **Exhibit 5** is a true and correct copy of excerpts of the deposition of J. Douglas Zona, Ph.D., expert witness on behalf of Advertiser Plaintiffs in this case, taken pursuant to the Stipulation and Order Regarding Expert Discovery, ECF No. 428, on March 11, 2025 in this action.

9.  Attached to this declaration as **Exhibit 6** is a true and correct copy of excerpts of the deposition of Dr. Laila Haider, expert witness on behalf of Google in this case, taken pursuant to the Stipulation and Order Regarding Expert Discovery, ECF No. 428, on April 25, 2025 in this action.

10. Attached to this declaration as **Exhibit 7** is a true and correct copy of excerpts of the deposition of Nitish Korula taken pursuant a Civil Investigative Demand from the Department of Justice on October 28, 2021, produced in this action bearing the Bates Nos. GOOG-AT-MDL-007173923 to GOOG-AT-MDL-007174248.

11. Attached to this declaration as **Exhibit 8** is a true and correct copy of the Declaration of Dr. Laila Haider dated June 16, 2025.

12. Attached to this declaration as **Exhibit 9** is a true and correct copy of the Declaration of Nitish Korula in Support of Google's Motion for Summary Judgment, originally submitted in *The State of Texas, et al., v. Google LLC*, No. 4:20-cv-00957-SDJ (E.D. Tex.) dated November 15, 2024.

13. Attached to this declaration as **Exhibit 10** is a true and correct copy of the Declaration of ▮▮▮▮▮▮▮ dated June 28, 2024, produced by Google in this matter bearing the Bates Nos. GOOG-AT-MDL-C-000073682 to GOOG-AT-MDL-C-000073692.

14.     Attached to this declaration as **Exhibit 11** is a true and correct copy of Advertiser Class Plaintiffs' Further Responses and Objections to Defendants Google LLC and Alphabet Inc.'s First Set of Interrogatories, dated January 26, 2024.

15.     Attached to this declaration as **Exhibit 12** is a true and correct copy of Named Publisher Plaintiff The Progressive, Inc.'s Amended Responses and Objections to Defendants Google LLC, Alphabet Inc., and YouTube, LLC's First Set of Interrogatories, dated April 5, 2023.

16.     Attached to this declaration as **Exhibit 13** is a true and correct copy of Named Publisher Plaintiff Genius Media Group, Inc.'s Amended Responses and Objections to Defendants Google LLC, Alphabet Inc., and YouTube, LLC's First Set of Interrogatories, dated April 5, 2023.

17.     Attached to this declaration as **Exhibit 14** is a true and correct copy of Named Publisher Plaintiff The Nation Company, LLC's Amended Responses and Objections to Defendants Google LLC,Alphabet Inc., and YouTube, LLC's First Set of Interrogatories, dated April 5, 2023.

18.     Attached to this declaration as **Exhibit 15** is a true and correct copy of a presentation titled "AdMob bidding (H2+)," produced by Google in this matter bearing Bates Nos. GOOG-AT-MDL-001965781 to GOOG-AT-MDL-001965808.

19.     Attached to this declaration as **Exhibit 16** is a true and correct copy of a presentation titled "Ads SDKs + Android Learning Summit," produced by Google in this matter bearing Bates Nos. GOOG-AT-MDL-001967178 to GOOG-AT-MDL-001967217.

20.     Attached to this declaration as **Exhibit 17** is a true and correct copy of a document titled "Apps bidding strategy," produced by Google in this matter bearing Bates Nos. GOOG-AT-MDL-001973033 to GOOG-AT-MDL-001973044.

21.     Attached to this declaration as **Exhibit 18** is a true and correct copy of an email from Scott Sheffer with the subject line "Fwd: GDN Dynamic Revshare launched today!," dated January 17, 2013, produced by Google in this matter bearing Bates Nos. GOOG-AT-MDL-002390899 to GOOG-AT-MDL-002390900.

22.     Attached to this declaration as **Exhibit 19** is a true and correct copy of a presentation titled "RTB segmentation," produced by Google in this matter bearing Bates Nos. GOOG-AT-MDL-006216826 to GOOG-AT-MDL-006216835.

23.     Attached to this declaration as **Exhibit 20** is a true and correct copy of a document titled "Approved at Sept 24 ACM, Doc Sign Offs No Longer Needed," produced by Google in this matter bearing Bates Nos. GOOG-AT-MDL-007334263 to GOOG-AT-MDL-007334265.

24.     Attached to this declaration as **Exhibit 21** is a true and correct copy of a document titled ██████████████████████████ produced by Google in this matter bearing Bates Nos. GOOG-AT-MDL-009111522 to GOOG-AT-MDL-009111527.

25.     Attached to this declaration as **Exhibit 22** is a true and correct copy of a document titled ██████████████████████████ produced by Google in this matter bearing Bates Nos. GOOG-AT-MDL-009111583 to GOOG-AT-MDL-009111590.

26.    Attached to this declaration as **Exhibit 23** is a true and correct copy of the webpage Google Ads, Prove ad impact with conversion measurement, available at https://business.google.com/us/ad-tools/conversion-tracking/, captured on June 11, 2025.

27.    Attached to this declaration as **Exhibit 24** is a true and correct copy of a presentation titled "Code Purple: Project M / Exit Proposal," produced by Google in this matter bearing Bates Nos. GOOG-AT-MDL-017386639 to GOOG-AT-MDL-017386668.

28.    Attached to this declaration as **Exhibit 25** is a true and correct copy of an email from ███████████ with the subject line "OVERDUE LAUNCH - Please update: [Launch 40917521 mApp rev share on 3P SDK rendered impressions to ███ on GAM and AMob," dated November 13, 2021, produced by Google in this matter bearing Bates Nos. GOOG-AT-MDL-017562648 to GOOG-AT-MDL-017562652.

29.    Attached to this declaration as **Exhibit 26** is a true and correct copy of an email from ████████ with the subject line "Re: Request for RIB help with ███ discrepancy escalation (small group)," dated November 18, 2022, produced by Google in this matter bearing Bates Nos. GOOG-AT-MDL-018191689 to GOOG-AT-MDL-018191692.

30.    Attached to this declaration as **Exhibit 27** is a true and correct copy of a presentation titled "DMG: Creative scanning and network policy for 3P SDK buyers," produced by Google in this matter bearing Bates Nos. GOOG-AT-MDL-018798953 to GOOG-AT-MDL-018799011.

31.    Attached to this declaration as **Exhibit 28** is a true and correct copy of a document titled "PRD: New segment for 3P SDK mApp bidders," produced by Google in this matter bearing Bates Nos. GOOG-AT-MDL-018800394 to GOOG-AT-MDL-018800422.

32.    Attached to this declaration as **Exhibit 29** is a true and correct copy of a document titled Rebuttal Merits Expert Report of Professor Einer Elhauge, *Castro v. Sanofi Pasteur Inc.*, No. 11-CV-07178 (D.N.J. Sept. 16, 2016), ECF No. 469-11.

33.    Attached to this declaration as **Exhibit 30** is a true and correct copy of an email from Nitish Korula with the subject line "Re: pricing history," dated June 22, 2020, produced by Google in this matter bearing Bates Nos. GOOG-AT-MDL-019521367 to GOOG-AT-MDL-019521371.

34.    Attached to this declaration as **Exhibit 31** is a true and correct copy of a document titled "[Comms Doc] - Ad Manager Unified 1 St Price Auction - ██████████" produced by Google in this matter bearing Bates Nos. GOOG-AT-MDL-019740145 to GOOG-AT-MDL-019740150.

35.    Attached to this declaration as **Exhibit 32** is a true and correct copy of a presentation titled "AdX Bid Landscape Report Overview," produced by Google in this matter bearing Bates Nos. GOOG-AT-MDL-B-005253751 to GOOG-AT-MDL-B-005253762.

36.    Attached to this declaration as **Exhibit 33** is a true and correct copy of a document titled ████████████████████ produced by Google in this matter bearing Bates Nos. GOOG-AT-MDL-C-000012050 to GOOG-AT-MDL-C-000012056.

37.    Attached to this declaration as **Exhibit 34** is a true and correct copy of a document titled "Google LLC Advertising Program Terms," produced by Google in this matter bearing Bates Nos. GOOG-AT-MDL-C-000058335 to GOOG-AT-MDL-C-000058341.

38.    Attached to this declaration as **Exhibit 35** is a true and correct copy of an email from ████████ with the subject line "Re: Approval to remove restriction on GDN

maintaining constant 15% publisher margin," dated February 25, 2015, produced by Google in this matter bearing Bates Nos. GOOG-DOJ-04320717 to GOOG-DOJ-04320719.

39.    Attached to this declaration as **Exhibit 36** is a true and correct copy of a document titled "Search & Display Ads 2019 Strategic Planning – Ads Integrity," produced by Google in this matter bearing Bates Nos. GOOG-DOJ-06241817 to GOOG-DOJ-06241820.

40.    Attached to this declaration as **Exhibit 37** is a true and correct copy of a presentation titled "The AdMob Accelerator Plan: Learn how to supercharge your games business in 5 minutes," produced by Google in this matter bearing Bates Nos. GOOG-DOJ-07862640 to GOOG-DOJ-07862659.

41.    Attached to this declaration as **Exhibit 38** is a true and correct copy of a document titled "ACM Notes 2/15: Migrating Ad Manager, AdMob, and AdSense to a 1P auction," produced by Google in this matter bearing the Bates No. GOOG-DOJ-10296947.

42.    Attached to this declaration as **Exhibit 39** is a true and correct copy of a presentation titled "Proving the value of our exchange business," produced by Google in this matter bearing Bates Nos. GOOG-DOJ-11357824 to GOOG-DOJ-11357852.

43.    Attached to this declaration as **Exhibit 40** is a true and correct copy of a presentation titled "GDA 2020 Metrics Review: an ecosystem approach," produced by Google in this matter bearing Bates Nos. GOOG-DOJ-11729166 to GOOG-DOJ-11729212.

44.    Attached to this declaration as **Exhibit 41** is a true and correct copy of a presentation titled "AdMob Open Bidding 101," produced by Google in this matter bearing Bates Nos. GOOG-DOJ-11786639 to GOOG-DOJ-11786708.

45.    Attached to this declaration as **Exhibit 42** is a true and correct copy of a presentation titled "gTrade Team Background," produced by Google in this matter bearing Bates Nos. GOOG-DOJ-13625417 to GOOG-DOJ-13625434.

46.    Attached to this declaration as **Exhibit 43** is a true and correct copy of a presentation titled "Changes to Ad Manager, AdMob Auction," produced by Google in this matter bearing Bates Nos. GOOG-DOJ-14549757 to GOOG-DOJ-14549797.

47.    Attached to this declaration as **Exhibit 44** is a true and correct copy of an email from █████████████ with the subject line "[Launch 106307] gTrade: Project Bernanke," dated October 18, 2013, produced by Google in this matter bearing Bates Nos. GOOG-DOJ-14952787 to GOOG-DOJ-14952789.

48.    Attached to this declaration as **Exhibit 45** is a true and correct copy of a presentation titled "Jedi For Networks," produced by Google in this matter bearing Bates Nos. GOOG-DOJ-15226550 to GOOG-DOJ-15226580.

49.    Attached to this declaration as **Exhibit 46** is a true and correct copy of an email from █████████████ with the subject line "████████ [Launch 133445] Global Bernanke (+$40M revenue)," dated May 21, 2015, produced by Google in this matter bearing Bates Nos. GOOG-DOJ-15637938 to GOOG-DOJ-15637940.

50.    Attached to this declaration as **Exhibit 47** is a true and correct copy of a presentation titled "Global Bernanke Results and Impact," produced by Google in this matter bearing Bates Nos. GOOG-DOJ-28339653 to GOOG-DOJ-28339665.

51.    Attached to this declaration as **Exhibit 48** is a true and correct copy of an email from Nitish Korula with the subject line "Unified Auction Sellside Exec update," dated August

13, 2019, produced by Google in this matter bearing Bates Nos. GOOG-DOJ-AT-00571933 to GOOG-DOJ-AT-00571935.

52.    Attached to this declaration as **Exhibit 49** is a true and correct copy of the webpage Google Ad Manager Help, "Overview of apps with Ad Manager," available at https://support.google.com/admanager/answer/6238688, captured on June 11, 2025.

53.    Attached to this declaration as **Exhibit 50** is a true and correct copy of the document titled "Don't First Price CO on AdX & AWBID," produced by Google in this matter bearing Bates Nos. GOOG-DOJ-AT-02467209 to GOOG-DOJ-AT-02467213.

54.    Attached to this declaration as **Exhibit 51** is a true and correct copy of an email from ▓▓▓▓▓▓▓ with the subject line "Re: HED CPM trend + Win Rate data," dated September 14, 2014, produced by Google in this matter bearing Bates Nos. GOOG-TEX-00448132 to GOOG-TEX-00448143.

55.    Attached to this declaration as **Exhibit 52** is a true and correct copy of the document titled ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ produced by Google in this matter bearing Bates Nos. GOOG-TEX-00990294 to GOOG-TEX-00990297.

56.    Attached to this declaration as **Exhibit 53** is a true and correct copy of an email from ▓▓▓▓▓▓▓ with the subject line ▓▓▓▓▓▓▓▓▓▓▓ produced by The Progressive, Inc. in this matter bearing Bates Nos. PROGRESS_PUB_0000004657 to PROGRESS_PUB_0000004659.

57.    Attached to this declaration as **Exhibit 54** is a true and correct copy of an email from ▓▓▓▓▓▓▓ with the subject line ▓▓▓▓▓▓▓▓▓▓▓

█████ dated August 30, 2021, produced by The Progressive, Inc. in this matter bearing

Bates Nos. PROGRESS_PUB_0000005404 to PROGRESS_PUB_0000005405.

58.     Attached to this declaration as **Exhibit 55** is a true and correct copy of an email

from █████████ with the subject line ██████████████████ dated

September 30, 2020, produced by The Progressive, Inc. in this matter bearing Bates Nos.

PROGRESS_PUB_0000005979 to PROGRESS_PUB_0000005980.

59.     Attached to this declaration as **Exhibit 56** is a true and correct copy of an email

from █████████ with the subject line █████████████████

█████ dated June 13, 2019, produced by The Progressive, Inc. in this matter bearing Bates

Nos. PROGRESS_PUB_0000006503 to PROGRESS_PUB_0000006506.

60.     Attached to this declaration as **Exhibit 57** is a true and correct copy of an email

from ████████ with the subject line █████████████████

████████ dated September 26, 2018, produced by The Progressive, Inc. in

this    matter    bearing    Bates    Nos.    PROGRESS_PUB_0000006779    to

PROGRESS_PUB_0000006780.

61.     Attached to this declaration as **Exhibit 58** is a true and correct copy of an email

from ████████ with the subject line ███████████ dated July

20,  2018,  produced  by  The  Progressive,  Inc.  in  this  matter  bearing  Bates  Nos.

PROGRESS_PUB_0000006796 to PROGRESS_PUB_0000006797.

62.     Attached to this declaration as **Exhibit 59** is a true and correct copy of an email

from ███████ with the subject line ███████████████████

dated January 4, 2018, produced by The Progressive, Inc. in this matter bearing Bates Nos.

PROGRESS_PUB_0000006896 to PROGRESS_PUB_0000006903.

63.    Attached to this declaration as **Exhibit 60** is a true and correct copy of an email from ██████████ with the subject line ███████████████████████ ████████████ dated January 30, 2017, produced by The Progressive, Inc. in this matter bearing Bates Nos. PROGRESS_PUB_0000007309 to PROGRESS_PUB_0000007310.

64.    Attached to this declaration as **Exhibit 61** is a true and correct copy of an email from ████████████ with the subject line ████████████████ dated November 4, 2016, produced by The Progressive, Inc. in this matter bearing the Bates No. PROGRESS_PUB_0000007357.

65.    Attached to this declaration as **Exhibit 62** is a true and correct copy of an email from ██████████ with the subject line ███████████████ dated April 17, 2017, produced by The Progressive, Inc. in this matter bearing the Bates No. PROGRESS_PUB_0000008864.

66.    Attached to this declaration as **Exhibit 63** is a true and correct copy of an email from ███████████ with the subject line ██████████████████ ██████ dated September 30, 2020, produced by The Progressive, Inc. in this matter bearing Bates Nos. PROGRESS_PUB_0000023374 to PROGRESS_PUB_0000023375.

67.    Attached to this declaration as **Exhibit 64** is a true and correct copy of a document titled ██████████████████ produced by ████████ in this matter bearing Bates Nos. ███████████████.

68.    Attached to this declaration as **Exhibit 65** is a true and correct copy of ABA Section of Antitrust Law, *Econometrics*, 301-40 (2d ed. 2014).

69.    Attached to this declaration as **Exhibit 66** is a true and correct copy of ABA Section of Antitrust Law, *Proving Antitrust Damages: Legal and Economic Issues* (3d ed. 2017) (ebook).

70.    Attached to this declaration as **Exhibit 67** is a true and correct copy of Phillip E. Areeda, Einer Elhauge, & Herbert Hovenkamp, *Antitrust Law*,    1769 (Little, Brown 1996).

71.    Attached to this declaration as **Exhibit 68** is a true and correct copy of Phillip E. Areeda & Herbert Hovenkamp, *Antitrust Law*,    395  (4th ed. 2024).

72.    Attached to this declaration as **Exhibit 69** is a true and correct copy of Daniel L. Rubinfeld, "Antitrust Damages," *Research Handbook on the Economics Antitrust Law* 378-93 (2013).

73.    Attached to this declaration as **Exhibit 70** is a true and correct copy of Daniel L. Rubinfeld, *Quantitative Methods in Antitrust*, 1 Issues in Competition Policy 723, ABA Antitrust Section (2008).

74.    Attached to this declaration as **Exhibit 71** is a true and correct copy of Daniel L. Rubinfeld, "Reference Guide on Multiple Regression," *Reference Manual on Scientific Evidence*, Federal Judicial Center (3d ed. 2011).

75.    Attached to this declaration as **Exhibit 72** is a true and correct copy of the webpage Columbia Mailman School of Public Health, "Difference-in-Difference Estimation," available                                                                    at https://www.publichealth.columbia.edu/research/population-health-methods/difference-differenc e-estimation#:~:text=some%20social%20sciences.-,Description,to%20estimate%20a%20causal %20effect, captured on June 13, 2025.

76.    Attached to this declaration as **Exhibit 73** is a true and correct copy of the webpage Google AdMob Help, "Ad network," available at https://support.google.com/admob/answer/3016695, captured on June 11, 2025.

77.    Attached to this declaration as **Exhibit 74** is a true and correct copy of the webpage Google AdMob Help, "Mediation: About AdMob bidding ad sources," available at https://support.google.com/admob/answer/11555701, captured on June 11, 2025.

78.    Attached to this declaration as **Exhibit 75** is a true and correct copy of the webpage Google AdSense Help, "Overview of AdSense Reports," available at https://support.google.com/adsense/answer/9831227, captured on June 11, 2025.

79.    Attached to this declaration as **Exhibit 76** is a true and correct copy of the webpage Google Ad Manager Help, "Introduction to SDK Bidding," available at https://support.google.com/admanager/answer/13965829, captured on June 11, 2025.

80.    Attached to this declaration as **Exhibit 77** is a true and correct copy of Despotakis, Stylianos, R. Ravi, and Amin Sayedi, "First-price Auctions in Online Display Advertising," *Journal of Marketing Research*, Vol. 58, No. 5, (2021), pp. 888-907.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the

15 day of June, 2025, in Santa Rosa, California .

/s/ Justina Kahn Sessions