UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Google Digital Advertising Antitrust Litigation | Civil Action No. 21-MD-3010 (PKC) |

*This Document Relates to:*

| | |
|---|---|
| In re Google Digital Advertising Antitrust Litigation | Civil Action No. 21-CV-7001 (PKC) |

**ADVERTISER CLASS PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO PROVISIONALLY FILE UNDER SEAL EXHIBITS 40-47 TO THE JOINT DECLARATION OF DENA SHARP AND TINA WOLFSON, THEIR REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION, AND OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY**

Pursuant to Rule 5 of this Court's Individual Practices and the Modified Confidentiality Order in the above-captioned multidistrict litigation, ECF No. 685 ¶ 21, Advertiser Class Plaintiffs request leave to preliminarily file under seal certain parts of the following:

- Exhibits to the Joint Declaration of Dena Sharp and Tina Wolfson in Support of Advertiser Class Plaintiffs' Reply in Support of Motion for Class Certification and Opposition to Defendants' Motion to Exclude Expert Testimony;

- Advertiser Class Plaintiffs' Reply in Support of their Motion for Class Certification; and

- Advertiser Class Plaintiffs' Opposition to Defendants' Motion to Exclude Expert Testimony.

Under the Modified Confidentiality Order, where "a Party seek[s] to file another Party['s] . . . Highly Confidential Information or Confidential Information," that party "shall so

1

advise the other Party." *Id.* at ¶ 21. The other party then ordinarily has "five business days" to "make an application to seal." *Id.* But the parties may "discuss in good faith a reasonable extension of these deadlines subject to the Court's approval." *Id.* In such a case, the party seeking to introduce another party's protected material may file that material under provisional seal, and that material remains under seal until the other party files its application and the Court rules upon it. ECF No. 1014.

Here, Plaintiffs do not seek to seal any of their own Highly Confidential or Confidential Information. Instead, (1) Exhibits 40-47 to the Joint Declaration of Dena Sharp and Tina Wolfson in Support of Advertiser Class Plaintiffs' Reply in Support of Motion for Class Certification and Opposition to Defendants' Motion to Exclude Expert Testimony, (2) portions of their Reply in Support of their Motion for Class Certification, and (3) portions of their Opposition to Defendants' Motion to Exclude Expert Testimony include materials that Defendant Google has designated as Highly Confidential or Confidential. Pursuant to ¶ 21 of the Modified Confidentiality Order, Plaintiffs and Google discussed in good faith a reasonable extension of the deadline for Google to file an application to seal these materials, if any. The parties propose that Google file any such application on August 13, 2025. Advertiser Class Plaintiffs respectfully request that this Court permit Plaintiffs to file Exhibits 40-47 to the Joint Declaration of Dena Sharp and Tina Wolfson in Support of Advertiser Class Plaintiffs' Reply in Support of Motion for Class Certification and Opposition to Defendants' Motion to Exclude Expert Testimony and certain portion of their (1) Reply in Support of their Motion for Class Certification and (2) their Opposition to Defendants' Motion to Exclude Expert Testimony under preliminary seal, and that it extend the time for Google to file an application to seal until August 13, 2025.

Dated: July 16, 2025                              Respectfully submitted,

                                                  By: /s/ Dena C. Sharp

    Dena C. Sharp (*pro hac vice*)
    Scott M. Grzenczyk (*pro hac vice*)
    Mikaela M. Bock (*pro hac vice*)
    Isabel Velez (*pro hac vice*)
    **GIRARD SHARP LLP**
    601 California Street, Suite 1400
    San Francisco, CA 94108
    Tel: (415) 981-4800
    Fax: (415) 981-4846
    dsharp@girardsharp.com
    scottg@girardsharp.com
    mbock@girardsharp.com
    ivelez@girardsharp.com

    Tina Wolfson (TW-1016)
    Theodore W. Maya (*pro hac vice*)
    Bradley K. King (BK-1971)
    **AHDOOT & WOLFSON, PC**
    2600 West Olive Ave., Suite 500
    Burbank, California 91505
    Tel.: (310) 474-9111
    Fax: (310) 474-8585
    twolfson@ahdootwolfson.com
    tmaya@ahdootwolfson.com
    bking@ahdootwolfson.com

    *Interim Co-Lead Counsel for Advertiser Plaintiffs and the Proposed Advertiser Class*

    Archana Tamoshunas (AT-3935)
    **TAUS, CEBULASH & LANDAU, LLP**
    123 William Street, Suite 1900A
    New York, NY 10038
    Tel.: (212) 931-0704
    Fax: (212) 931-0703
    atamoshunas@tcllaw.com

    April D. Lambert (*pro hac vice*)
    John D. Radice (JR 9033)
    **RADICE LAW FIRM, PC**
    475 Wall Street
    Princeton, NJ 08540

Tel: (646) 245-8502
Fax: (609) 385-0745
alambert@radicelawfirm.com
jradice@radicelawfirm.com

*Counsel for Plaintiff Hanson Law Office, as successor in-interest to Hanson Law Firm, PC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 16, 2025, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system. I also caused a copy of the under-seal documents to be served via electronic mail on counsel.

                                                           */s/ Dena C. Sharp*
                                                           Dena C. Sharp